UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-20812-WILLIAMS/LETT

DUPONT REGISTRY CONNECT LLC, a Florida Company; DUPONT PUBLISHING, Inc., a Florida Company; MICHAEL CHAD CUNNINGHAM; and JASON ANDREW POTTER,

Plaintiffs,

vs.

RSUI INDEMNITY COMPANY, a New Hampshire insurance company; and ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware insurance company

Defendants.
_______________________________________________/

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs, Dupont Registry Connect LLC, Dupont Publishing, Inc., Chad Michael Cunningham and Jason Andrew Potter ("Plaintiffs"), and Defendant, RSUI Indemnity Company ("RSUI"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 41 and the Court's May 1, 2026 Order [ECF No. 24], file this Joint Stipulation of Dismissal and state as follows:

1. Plaintiffs and RSUI have reached a settlement in the above-captioned action.

2. Plaintiffs and RSUI, through their undersigned counsel, stipulate to dismissal of Plaintiffs' claims against RSUI with prejudice, with each party to bear its respective attorneys' fees and costs.

Respectfully submitted this 1st day of June, 2026.

| | |
|---|---|
| /s/ *Elizabeth G. McIntosh*<br>Elizabeth G. McIntosh, Esq.<br>Florida Bar No. 1011555<br>EGMcintosh@Venable.com | /s/ *Michael K. Kiernan*<br>MICHAEL K. KIERNAN, Esq.<br>FBN: 391964<br>mkiernan@tlsslaw.com |

| | |
|---|---|
| VENABLE LLP<br>801 Brickell Avenue, Suite 1500<br>Miami, Florida 33131<br>Telephone: (305) 349-2300<br>Facsimile: (305) 349-2310<br><br>George Kostolampros, Esq.<br>GKostolampros@Venable.com<br>*(admitted pro hac vice)*<br>Michael C. Davis, Esq.<br>MCDavis@Venable.com<br>*(admitted pro hac vice)*<br>Ethan S. Barnes, Esq.<br>ESBarnes@Venable.com<br>*(admitted pro hac vice)*<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 344.4000<br>Facsimile: (202) 344.8300<br><br>*Counsel for Plaintiffs Dupont Registry Connect LLC, Dupont Publishing, Inc., Chad Michael Cunningham and Jason Andrew Potter* | ASHLEY R. KELLGREN, ESQUIRE<br>FBN: 86021<br>akellgren@tlsslaw.com<br>TRAUB LIEBERMAN STRAUS<br>& SHREWSBERRY LLP<br>55 First Street South<br>St. Petersburg, Florida 33701<br>(727) 898-8100 (Tel)<br>(727) 895-4838 (Fax)<br><br>*Counsel for Defendant RSUI Indemnity Company* |


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

*/s/Michael K. Kiernan*
MICHAEL K. KIERNAN, ESQUIRE
FBN: 391964